1  JULIA M. JAYNE (State Bar No. 202753)
   E-Mail: *julia@jaynelawgroup.com*
2  JAYNE LAW GROUP, P.C.
   483 9th St, Suite 200
3  Oakland, CA 94607
   Telephone: (415) 623-3600
4  Facsimile: (415) 623-3605

5  Attorneys for Defendant
   JUAN CARLOS GALLARDO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-18-0119 RS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| JUAN CARLOS GALLARDO, | |
| Defendant. | |

Please note that the address for attorney Julia Mezhinsky Jayne has changed to:

**483 9th St, Suite 200**

**Oakland, CA 94607**

DATED: October 31, 2018           Respectfully submitted,


                                  By:   */s/ Julia Mezhinsky Jayne*
                                        JULIA MEZHINSKY JAYNE
                                        Attorneys for Defendant
                                        JUAN CARLOS GALLARDO