1  MARK GOLDROSEN, ESQ. (CALBN 101731)
   Attorney at Law
2  255 Kansas Street, Suite 340 San
   Francisco, CA 94103
3  Telephone: (415) 565-9600
   Facsimile: (415) 565-9601
4

   PAMELA J. HERZIG, ESQ. (CALBN 160661)
5  Attorney at Law
   255 Kansas Street, Suite 340
6  San Francisco, CA 94103
   Telephone: (415) 565-9600
7  Facsimile: (415) 565-9601

8  DONALD R. KNIGHT, ESQ. (CBN 12838)
   Attorney at Law
9  7852 S. Elati Street Suite 201
   Littleton, CO 80120
10 Telephone: (303) 797-1645
   Facsimile: (303) 730-0858
11
   AMY P. KNIGHT, ESQ. (CABN 286100)
12 Knight Law Firm, LLC
   3849 E Broadway Blvd, # 288,
13 Tucson, AZ 85716-5407
   Telephone: (520) 878-8849
14 Attorneys for Defendant MICHAEL REBOLLEDO

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18
   UNITED STATES OF AMERICA,              ) **CASE NO.** CR 18-0119 RS (JCS)
19                                        )
          Plaintiff,                      ) [~~PROPOSED~~] ORDER TO CONTINUE DATE OF
20                                        ) HEARING RE MOTIONS FOR DISCOVERY
       v.                                 )
21                                        )
   JONATHAN AGUILAR, et al.,              )
22                                        )
          Defendant.                      )
23 _____)

24        GOOD CAUSE APPEARING, AND BASED ON THE STIPULATION OF THE PARTIES, IT

25 IS HEREBY ORDERED that the date for hearing of the defense motions for discovery is continued

26 //

27 //

28 //

STIP AND [PROPOSED] ORDER                    1
CR 18-0119 RS (JCS)

1 | from March 4, 2021 at 10:00 a.m. to May 20, 2021 at 10 a.m.

3 | DATED: February 16, 2021

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge