DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
RAVI T. NARAYAN (IABN AT0011948)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/7369
    Fax: (415) 436-7234
    Email: andrew.scoble@usdoj.gov
    Email: ravi.narayan@usdoj.gov
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 18-0119 RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING MOTION HEARING AND ADJUSTING BRIEFING SCHEDULE |
| JONATHAN AGUILAR, et al.<br>Defendants. | |

IT IS HEREBY STIPULATED that,

For the reasons set forth below, the parties request (1) a continuance of the next hearing date, at which Round 2 motions and a status conference are to be heard, from May 25, 2021 to August 10, 2021; (2) a corresponding continuance of the briefing schedule for Round 2 motions; and (3) an exclusion of time under the Speedy Trial Act from May 25, 2021 (through which Speedy Trial Act exclusions have already been ordered) through August 10, 2021.

On March 9, 2020, and April 17, 2020, various defendants filed motions for discovery related to the Round 1 motions schedule. (Dkt. 251-253, 264-267). On May 22, 2020, the government filed

responses to those motions. (Dkt. 280, 281). Various defendants have since filed replies and joinders to those responses. (Dkt. 285-288). These motions are fully briefed and have previously been set for hearing before the Honorable Joseph C. Spero on several prior dates (Dkt. 276, 309, 325). The parties have previously requested continuances of this hearing date due to the defendants' desire to participate in the hearing, which remains impossible due to the global pandemic. The Honorable Chief Magistrate Joseph Spero has ordered those continuances. (Dkt. 309, 325). A hearing on Round 1 motions is currently set for March 4, 2021, but the parties are filing, concurrently with this stipulation, a stipulation and proposed order requesting that the Honorable Judge Spero continue that hearing to May 20, 2021.

The parties now request that this Court continue the Round 2 motions schedule by approximately the same period of time (two months) by which the Round 1 motions have been continued. The parties are currently scheduled to brief Round 2 motions in April and May 2021. The parties also seek a corresponding Speedy Trial Act exclusion through August 10, 2021. The grounds for the requested continuance and exclusion are as follows:

The COVID-19 pandemic has prevented, and continues to prevent, defendants from appearing in person at court proceedings, and, due to the number of defendants, has also prevented them from appearing by videoconferencing at group hearings. The defendants wish to personally participate in these substantive motion hearings. It is the parties' hope that, with additional time, the defendants will be able to participate in the hearings either because Santa Rita Jail becomes able to accommodate multiple defendants on a teleconference or because of Covid-19 vaccinations or a combination thereof.

The ongoing pandemic also continues to affect the government's efforts to gather and produce discovery. Since the parties' prior stipulation regarding a continuance (Dkt. 327), the parties have continued to regularly meet and confer informally by telephone and/or letter regarding discovery issues in an ongoing effort to resolve issues without the Court's intervention. The government continues to gather and produce discovery previously requested by defense counsel. For example, on December 23, 2020, the government produced approximately 800 pages of discovery materials responsive to previous defense requests.

The government anticipates continuing to produce responsive discovery on a rolling basis. The government's next discovery production will be at least several hundred additional pages. The

government intends to complete production of undisputed remaining discovery requested by the defense, before the May 20, 2021 hearing regarding the discovery motions. As it previously stated, the government hopes that completing discovery in this time period will allow for more expeditious motion practice and trial setting, such that the lengthy delay requested here may be offset later and the delay in time to trial (or trials) minimized.

Based on the above, the parties request that the Court continue the Round 2 motion briefing schedule as follows:

    Defense Filing Date: June 29, 2021

    Government Oppositions: July 27, 2021

    Defense Replies: August 3, 2021

    Motion Hearing Date: August 10, 2021 at 10:00 a.m.

The parties also agree that, in light of the above, the ends of justice served by granting a continuance through and including August 10, 2021, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A). The parties also agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

The parties further agree that failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED.

Dated: February 12, 2021

DAVID L. ANDERSON
United States Attorney

By:    /s/
ANDREW M. SCOBLE
RAVI T. NARAYAN
RICHARD EWENSTEIN
Assistant United States Attorneys

| | | |
|---|---|---|
| 1 | Dated: February 12, 2021 | /s/<br>MARTHA BOERSCH<br>Counsel for Jonathan Aguilar |
| 2 | | |
| 3 | Dated: February 12, 2021 | /s/<br>JULIA MEZHINSKY JAYNE<br>Counsel for Juan Carlos Gallardo |
| 5 | Dated: February 12, 2021 | /s/<br>HARRIS BRUCE TABACK<br>Counsel for Orlando Carlos Hernandez |
| 7 | Dated: February 12, 2021 | /s/<br>MARK GOLDROSEN<br>PAM HERZIG<br>DONALD KNIGHT<br>AMY P. KNIGHT<br>Counsel for Michael Rebolledo |
| 11 | Dated: February 12, 2021 | /s/<br>GEORGE C. BOISSEAU<br>Counsel for Mario Reyes |
| 13 | Dated: February 12, 2021 | /s/<br>SHAFFY MOEEL<br>JAMES S. THOMSON<br>Counsel for Eddy Urbina |
| 16 | Dated: February 12, 2021 | /s/<br>ETHAN A. BALOGH<br>Counsel for Weston Venegas |

STIP AND [PROPOSED] ORDER
[CR 18-0119 RS]

4

ORDER

THE COURT ORDERS THAT the previous briefing schedule for the second round of motions is continued as follows:

    Defense Filing Date: June 29, 2021

    Government Oppositions: July 27, 2021

    Defense Replies: August 3, 2021

    Motion Hearing Date: August 10, 2021 at 10:00 a.m.

THE COURT ORDERS THAT a status hearing is also set for August 10, 2021, at 10:00 a.m.

THE COURT FINDS THAT the ends of justice served by granting a continuance from May 25, 2021, through and including August 10, 2021, outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER FINDS THAT this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS THAT, to allow time for the parties to address ongoing discovery issues which, in turn, will affect pretrial motions, failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, THE COURT ORDERS THAT, the period from May 25, 2021 through and including August 10, 2021 (the date of the next hearing in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii) & (B)(iv).

IT IS SO ORDERED.

DATED: February 16, 2021

_____
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE